We do not think that the argument complained of in bill of exception No. 6 was of such a prejudicial nature as would justify, much less require, a reversal of this case.

By bill of exception No. 7 appellant complains of the action of the trial court in overruling his amended motion for a new trial based upon the alleged misconduct of the jury in the following respects: That in determining the guilt of the appellant they voted by ballot; that one of the jurors wrote on his ballot, "Guilty as H——"; that some of the jurors threatened to throw one of the jurors who voted not guilty out of the window, and then lie about it like the chicken fighters, by swearing that he fell out; that the jury discussed the fact that appellant had theretofore been convicted of carrying a pistol and murder, and that he should be given a jail sentence instead of a fine. The state controverted the allegations in the motion. The court heard testimony of the jurors and, at the conclusion thereof, overruled appellant's motion. After having carefully read the testimony given at the hearing of the motion for a new trial relative to the alleged misconduct of the jury, we reached the conclusion that the trial court was justified in his ruling.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## DOUGLAS v. STATE.
### No. 18439.

Court of Criminal Appeals of Texas.
April 22, 1936.

Snell & Snell, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for maiming; punishment, four years in the penitentiary.

We find accompanying the record an affidavit in due form made by the appellant requesting the dismissal of the appeal. The request is granted.

The appeal is dismissed.